UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**Civil Case Number: 2:19-cv-00289-UA-MRM**

| | |
|---|---|
| Peter Gerold, | : |
| | : |
| Plaintiff, | : |
| vs. | : |
| | : |
| Santander Consumer USA, Inc., | : |
| | : |
| Defendant. | : |

## **STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety *without* prejudice and with each party to bear its own fees and costs.

| Peter Gerold | Santander Consumer USA, Inc. |
|---|---|
| */s/ Janelle A. Weber* | */s/ R. Frank Springfield* |
| Janelle A. Weber, Esq. | R. Frank Springfield, Esq. |
| Florida Bar No. 017630 | Florida Bar No. 0010871 |
| Law Office of Janelle A. Weber, P.A. | BURR & FORMAN LLP |
| 1520 W. Cleveland St., Ste. A | 201 North Franklin Street, Suite 3200 |
| Tampa, FL 33606 | Tampa, Florida 33602 |
| Telephone: (813) 982-3663 | Telephone: (813) 221-2626 |
| E-mail: jweber@janelleweberlaw.com | Email: fspringf@burr.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 28, 2019, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the Middle District of Florida, which sent notice of such filing to all counsel of record.

                                      */s/ Janelle A. Weber*
                                      Janelle A. Weber, Esq.