**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**PETER GEROLD,**

    **Plaintiff,**

**vs.**

                        **CASE NO. 2:19-cv-00289-UA-MRM**

**SANTANDER CONSUMER USA INC.,**

    **Defendant.**
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW** plaintiff Peter Gerold and defendant Santander Consumer USA Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby jointly stipulate that this action is dismissed, with prejudice, with the parties to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 18th day of March, 2020.

| | |
|---|---|
| *s/ Janelle A. Weber* | *s/ R. Frank Springfield* |
| Janelle A. Weber, Esq. (FL Bar # 017630) | R. Frank Springfield (FL Bar # 0010871) |
| Law Office of Janelle A. Weber, P.A. | BURR & FORMAN LLP |
| 1520 W. Cleveland St., Ste. A | 201 North Franklin Street, Suite 3200 |
| Tampa, FL 33606 | Tampa, Florida 33602 |
| Telephone: (813) 982-3663 | Telephone: (813) 221-2626 |
| E-mail: jweber@janelleweberlaw.com | fspringf@burr.com |
| | |
| Attorney for Plaintiff | Attorney for Defendant |
| PETER GEROLD | SANTANDER CONSUMER USA INC. |

43180818 v1